# Exhibit C

# Processing Summary

## Processing Time

**10-12** Bus. Days

current average processing time required for verification and loan closing prior to disbursement

## Submission Success

Biz2Credit PPP submissions are successful into SBA **75%** of the time.

Proactive error resolution with SBA via technology means higher likelihood of receiving an SBA decision faster.

**Please note:** An SBA Decision does not guarantee that your loan will be approved, or that the SBA will accept the full application amount. All PPP loans subject to program eligibility requirements and application verification.

## Total Volume

**$1.95**B

total Biz2Credit approved as of 2/8