# Exhibit D

# Processing Summary

## Processing Time

**12-14** Bus. Days

current average processing time required for verification and loan closing prior to disbursement

## Submission Success

Biz2Credit PPP submissions are successful into SBA **75%** of the time.

Proactive error resolution with SBA via technology means higher likelihood of receiving an SBA decision faster.

**Please note:** An SBA Decision does not guarantee that your loan will be approved, or that the SBA will accept the full application amount. All PPP loans subject to program eligibility requirements and application verification.

## Total Volume

**$4.22B**

total Biz2Credit approved as of 2/23
**#1 processor in the country**

Disclaimer: Your Paycheck Protection Program (PPP) loan application is subject to our Business Finance Terms and Conditions. Please note that your proposed PPP loan is also subject to SBA eligibility and other requirements including documentation and size requirements, and subject to the availability of PPP funds and overall demand for PPP funding. PPP loans are issued at the sole discretion of the lender and the SBA in accordance with their respective rules and other federal guidelines. Approved PPP loans are governed by definitive documentation of the lender, which incorporate PPP terms and conditions. Biz2Credit is not a lender.